F I L E D
CLERK, U.S. DISTRICT COURT
12/13/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_VAV\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:22-cr-00585-AB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 242: Deprivation of Rights Under Color of Law; 18 U.S.C. § 1519: Falsification of Records] |
| JOSHUA FISCHER, | |
| Defendant. | |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1. The San Luis Obispo County Sheriff's Department ("SLO County Sheriff's Department") was a law enforcement agency within the Central District of California. Among its responsibilities, the SLO County Sheriff's Department operated a holding center for conducting intake of recent arrestees known as the Intake Release Center.

2. Defendant JOSHUA FISCHER was a sworn law enforcement officer and SLO County Sheriff's Department Senior Correctional Deputy assigned to work at the Intake Release Center between January 2017 and December 2018.

3. The Federal Bureau of Investigation ("FBI") was a component of the United States Department of Justice, a department within the executive branch of the United States government, whose jurisdiction included, among other things, investigation of criminal violations of federal civil rights laws, including Title 18, United States Code, Section 242.

4. These Introductory Allegations are hereby incorporated by reference into each count of this Indictment as though fully set forth therein.

COUNT ONE

[18 U.S.C. § 242]

On or about November 18, 2018, in San Luis Obispo County, within the Central District of California, defendant JOSHUA FISCHER, then a sworn law enforcement officer employed by the SLO County Sheriff's Department, while acting under color of law, used unreasonable force against C.R., an arrestee being held at the Intake Release Center, and thereby willfully deprived C.R. of the right secured and protected by the Constitution and laws of the United States to be free from unreasonable searches and seizures, which includes the right to be free from the use of unreasonable and unnecessary force from a law enforcement officer, resulting in bodily injury to C.R.

COUNT TWO

[18 U.S.C. § 1519]

On or about November 18, 2018, in San Luis Obispo County, within the Central District of California, defendant JOSHUA FISCHER, in relation to and in contemplation of a matter within the jurisdiction of the FBI, knowingly falsified a record with the intent to impede, obstruct, and influence the investigation and proper administration of that matter.

Specifically, defendant FISCHER falsified a SLO County Sheriff's incident report that included the following false and fictitious statements and representations about events at the Intake Release Center on November 18, 2018:

1. After exiting her cell, C.R. "removed her shirt," "threw her shirt on the ground and reentered [her original cell] . . . yelling and flailing her arms;" and

2. Defendant FISCHER "was in fear for the safety of the other female arrestee in the cell" as victim C.R. was "still without her shirt, yelling and flailing her arms."

In fact, as defendant FISCHER then knew, C.R. removed her shirt before exiting her cell, C.R. did not remove her shirt and throw it on the ground before re-entering the cell, and C.R. was not flailing her arms as she returned to her cell or after she was back inside her cell, but instead her hands were by her side and then near her bare

///

///

chest when defendant FISCHER grabbed her from behind by her hair to drag her out of her cell and into another cell.

A TRUE BILL

/S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
Assistant United States Attorney
Chief, Public Corruption and
Civil Rights Section

THOMAS RYBARCZYK
Assistant United States Attorney
Public Corruption and Civil
Rights Section

FRANCES S. LEWIS
Assistant United States Attorney
Deputy Chief, General Crimes
Section